UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
:
IN RE: Fosamax Products Liability            :
Litigation                                   :    1:06-md-1789 (JFK)
                                             :
---------------------------------------------x    NOTICE OF DISMISSAL
                                             :    WITHOUT PREJUDICE
*This Document Relates to*: 07 CV 2820       :
                                             :
---------------------------------------------x

    Plaintiff, Elva C. Toups, dismisses this civil action without prejudice pursuant to Fed.R.Civ. P. 41(a)(1)(i) and in support thereof would show that the Defendant has not served an answer or a motion for summary judgment.

    Dated this the 5th day of June, 2007.

                                             Respectfully submitted,

                                             s/Robert G. Germany
                                             ROBERT G. GERMANY, MSB #4800
                                             PITTMAN, GERMANY, ROBERTS
                                                 & WELSH, L.L.P.
                                             410 South President Street (39201)
                                             Post Office Box 22985
                                             Jackson, Mississippi 39225-2985
                                             Telephone: 601-948-6200
                                             Facsimile: 601-948-6187

                                             And

                                             F. DULIN KELLY, TNB #04085
                                             CLINTON L. KELLY, TNB #16171
                                             ANDY L. ALLMAN, TNB #17857
                                             KELLY, KELLY & ALLMAN
                                             629 East Main Street
                                             Hendersonville, TN 37075
                                             Telephone: 615-824-3703
                                             Facsimile: 615-822-7339

And

C. PATRICK FLYNN, TNB #2718
MICHAEL K. RADFORD, TNB #12763
FLYNN and RADFORD ATTORNEYS, P.C.
Seven Springs I, Suite 150
320 Seven Springs Way
Brentwood, TN 37207
Telephone: 615-370-9448
Facsimile: 615-370-9313

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2007, the foregoing *Notice of Dismissal Without Prejudice* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

                                           s/Robert G. Germany
                                           ROBERT G. GERMANY