UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                    :
IN RE: Fosamax Products Liability   :
Litigation                          :   1:06-md-1789 (JFK)
                                    :
_____x    NOTICE OF DISMISSAL
                                    :   WITHOUT PREJUDICE
*This Document Relates to*: 07 CV 2820 :
                                    :
_____x

      Plaintiff, Elva C. Toups, dismisses this civil action without prejudice pursuant to Fed.R.Civ. P. 41(a)(1)(i) and in support thereof would show that the Defendant has not served an answer or a motion for summary judgment.

      Dated this the 5th day of June, 2007.



      Respectfully submitted,

s/Robert G. Germany
ROBERT G. GERMANY, MSB #4800
PITTMAN, GERMANY, ROBERTS
  & WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187

      And

F. DULIN KELLY, TNB #04085
CLINTON L. KELLY, TNB #16171
ANDY L. ALLMAN, TNB #17857
KELLY, KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075
Telephone: 615-824-3703
Facsimile: 615-822-7339

And

C. PATRICK FLYNN, TNB #2718
MICHAEL K. RADFORD, TNB #12763
FLYNN and RADFORD ATTORNEYS, P.C.
Seven Springs I, Suite 150
320 Seven Springs Way
Brentwood, TN 37207
Telephone: 615-370-9448
Facsimile: 615-370-9313

SO ORDERED.

Dated:   New York, N.Y.
         September 26, 2007

         _____
         John F. Keenan
                 U.S.D.J.